UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Emanuel Delacruz,

                Plaintiffs,

    –v–

Ralph Lauren Corporation,

               Defendants.

19-cv-10198 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On April 16, 2020, the Court stayed this action pending the Court's resolution of the motion to dismiss in *Lopez v. Kahala Restaurants*, No. 19-cv-10077 (AJN). That case has now settled, and thus the motion to dismiss is no longer before the Court.

    No later than September 16, 2020, the parties are ordered to provide a joint status update indicating how they wish to proceed in this matter.

SO ORDERED.

Dated: September 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge