UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Delacruz,

                Plaintiff,

     –v–

Ralph Lauren Corporation,

                Defendants.

19-cv-10198 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In September 2020, the Court stayed this matter pending the Second Circuit's decision in *Calcano v. Swarovski*, 20-1552 (Dkt. No 17). The parties are ordered to file a letter update to the Court about the status of this case by February 4, 2022.

    SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                            ALISON J. NATHAN
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2022

1